# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( ___ Amended  _____ )

| | |
|---|---|
| Case No.    CR 08-1356-AJW | Date    April 27, 2010 |

Present: The Honorable    Andrew J. Wistrich, U.S. Magistrate Judge

| Ysela Benavides | CS 04-27-2010-partially sealed | Anthony Montero |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Huping Zhou | | X | Edward Robinson | | | X | Judith Kieda- Mandarin interpreter |

**PROCEEDINGS:**   **SENTENCING AND JUDGMENT HEARING**   ☐ **Contested**   ☐ **Non-Evidentiary**

     Day ___ (if continued from a prior hearing date)

- [X] Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   ___ Refer to separate Judgment Order.
- ___ Imprisonment for   Years/months   on each of counts _____
  Count(s) _____   concurrent/consecutive to count(s) _____
- ___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
- ___ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____
- ___ years/months Supervised Release/Probation imposed on count(s) _____
  consecutive/concurrent to count(s) _____
  under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
  - ___ Perform _____ hours of community service.
  - ___ Serve _____ in a CCC/CTC.
  - ___ Pay   $ _____ fine amounts & times determined by P/O.
  - ___ Make   $ _____ restitution in amounts & times determined by P/O.
  - ___ Participate in a program for treatment of narcotic/alcohol addiction.
  - ___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
  - ___ Other conditions: _____
- ___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
- ___ Pay   $ _____ per count, special assessment to the United States for a total of   $ _____
- ___ Imprisonment for   months/years   and for a study pursuant to 18 USC _____ with results to be furnished to the Court within   days/months _____ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
- ___ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
- [X] Defendant informed of right to appeal.
- ___ ORDER sentencing transcript for Sentencing Commission.   ___ Processed statement of reasons.
- ___ Bond exonerated   ___ upon surrender   ___ upon service of _____
- ___ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
- [X] Defendant ordered remanded to the custody of U.S. Marshal forthwith.
- [X] Issued Remand   #D-8021 Defense counsel requested and government concurs that defendant's bond be revoked- IT IS SO ORDERED.
- ___ Present bond to continue as bond on appeal.   ___ Appeal bond set at   $ _____
- ___ Filed and distributed judgment. ENTERED.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

 X   Other    Counsel request part of the hearing sealed and the Court grants their request. LATER ON THE RECORD: Sentence clarified as stated on the record. With the concurrence of counsel defendant's bond is revoked and defendant is remanded into custody based on defendant's behavior in the courtroom.. Abstract of court order issued- Defendant to be provided with an immediate medical evaluation.

: 42

Initials of Deputy Clerk   YB

cc: Parties
　　PSA
　　U.S. Probation
　　U. S. Marshal